U.S. DISTRICT COURT
CLERK

FILED-EDS

DOCKETED

DEC 1 9 2002

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA ANDERSON | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | ASSIGNED JUDGE:  |
| v. | ) | |
| | ) | JUDGE SHADUR |
| | ) | DESIGNATED |
| PRAIRIE STATE COLLEGE | ) | MAGISTRATE JUDGE: |
| | ) | |
| Defendant. | ) | MAGISTRATE JUDGE BOBRICK |
| | ) | |

## COMPLAINT FOR RACIAL DISCRIMINATION

Plaintiff, PATRICIA ANDERSON, by and through her attorneys, G. CLINTON GASTON & ASSOCIATES, complains against Defendant, PRAIRIE STATE COLLEGE, as follows:

### INTRODUCTION

1.      On July 2, 1964, in the wake of a President's assassination, the Civil Rights Act of 1964 ("Civil Rights Act"), was passed by Congress and signed into law by President Lyndon B. Johnson. The Act was probably the most important legislation enacted by the United States Congress in the twentieth century

2.      Discrimination in employment on the basis of "race, color, religion, sex, or national origin" is an unlawful employment practice, and violates the Civil Rights Act and its various amendments.

3.      Under Title VII, of the Civil Rights Act, it is unlawful:

(a) to fail or refuse to hire or to discharge any individual, or otherwise to discriminate against an individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin; or

(b) to limit, segregate, or classify his employees or applicants for

1



employment in any way which would deprive any individual of employment opportunities or otherwise adversely affect his status as an employee, because of such individual's race, color, religion, sex, or national origin; and

## JURISDICTION AND VENUE

4. Jurisdiction is founded on 28 U.S.C. §§ 1331 and 1343. This action being brought pursuant to the Civil Rights Act of 1964, specifically 42 U.S.C. §§2000e et seq.

5. Venue is proper under 28 U.S.C. § 1391.

## PARTIES

6. This is an action brought by Plaintiff, Patricia Anderson, against Defendant employer, Prairie State College (hereinafter referred to as "Prairie State.").

7. Ms. Patricia Anderson, now is, and at all times relevant to this action was, a resident of Illinois.

8. Prairie State , now is, and at all times relevant to this action, a publicly supported community college governed by a local Board of Trustees and mandated to promote and provide educational opportunities to meet the particular needs of its district residents.

## DISCRIMINATION CHARGE FILED

9. Ms. Anderson timely filed a discrimination charge against Defendant employer with the Illinois Department of Human Rights ("IDHR"). Ms. Anderson received notice of her right to sue, a copy of which is attached as Exhibit A, and timely filed suit.

## FACTS

10. Ms. Anderson is an African-American female.

11. Ms. Anderson began her employment as an adjunct assistant professor in the Dental Hygiene Clinic with Defendant employer in August, 2000.

12. Prior to her employment with Defendant employer, Ms. Anderson had established an impressive work record as a dental hygienist.

13. Throughout Ms. Anderson's thirty (30) year career, she has performed her duties in a professional and skillful manner.

2

14.     In June, 2001, Ms. Anderson applied for the position of assistant professor of dental hygiene.

15.     To her knowledge, Ms. Anderson had the most extensive educational background of all those who applied for the position.

16.     In July, 2001, Defendant-employer provided Ms. Anderson with student evaluations that had been completed in March, 2001.

17.     These evaluations did not shine a favorable light upon Ms. Anderson.

18.     In must be noted, however, that this July, 2001 presentation was the first time that Ms. Anderson received any type of briefing regarding her classroom performance.

19.     At no time prior to this did Defendant employer advise Ms. Anderson that she was not performing her classroom duties in anything other than a professional and skillful manner.

20.     Ms. Anderson was the only minority staff member employed within the Dental Hygiene Clinic.

21.     Nearly one hundred (100) percent of the students assigned to Ms. Anderson were Caucasian.

22.     Furthermore, to Ms. Anderson's knowledge, the Dental Hygiene Clinic has never hired a minority candidate for a fulltime faculty position.

23.     Ms. Anderson believes that the disclosing of said evaluations, only after she applied for the assistant professorship, gave Defendant employer pretextual grounds for not promoting her.

24.     Defendant employer chose an Caucasian individual with less experience and with an inferior academic background.

25.     Ms. Anderson's record indicates that she is more than qualified to serve as a fulltime assistant professor.

26.     Yet, due to Defendant employer's discriminatory hiring and promotion practices, it has become exponentially more difficult, if not impossible, for her to obtain a position within academia.

27.     Ms. Anderson has been, is being and will be deprived of income in the form of wages and prospective retirement benefits, social security and other benefits, promotion and job assignments, but denied, solely, because of her race in an amount to be proven at trial.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff, PATRICIA ANDERSON, prays that this Court assume jurisdiction of this action and render judgment as set forth in this complaint, and against Defendant employer , PRARIE STATE COLLEGE.

## JURY DEMAND

Plaintiff demands trial by jury of the allegations contained in this complaint.

Respectfully Submitted

_____
One of Plaintiff's Attorneys

G. Clinton Gaston & Associates
39 S. LaSalle, Suite 3900
Chicago, Illinois 60603
(312)263-8202
Atty: 35279

5

#2

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS–44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Patricia Anderson

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ____Cook____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

G. Clinton Gaston & Associates
39 S. LaSalle Street, #1100
Chicago, IL 60603

## DEFENDANTS

Prairie State College

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ____Cook____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

ATTORNEYS (IF KNOWN)

## 02C 9206

JUDGE SHADUR

MAGISTRATE JUDGE BOBRICK

DEC 1 9 2002

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | |
| ☐ 190 Other Contract | | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☒ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS – Third Party 26 USC 7609 | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Title VII Civil Rights Violation

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint
JURY DEMAND: ☒ YES ☐ NO

## VIII. This case

☒ is not a refiling of a previously dismissed action.

☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE 12/18/02

SIGNATURE OF ATTORNEY OF RECORD

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of

Patricia Anderson

v.

Prairie State College

Case Number **02C 9206**

JUDGE SHADUR




## APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Patricia Anderson

MAGISTRATE JUDGE BOBRICK

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME<br>G. Clinton Gaston | NAME **DOCKETED** |
| FIRM<br>G. Clinton Gaston & Associates | FIRM **DEC 1 9 2002** |
| STREET ADDRESS<br>39 S. LaSalle Street, Suite 1100 | STREET ADDRESS |
| CITY/STATE/ZIP<br>Chicago, IL 60603 | CITY/STATE/ZIP |
| TELEPHONE NUMBER (312) 263-8202    FAX NUMBER (312) 263-0862 | TELEPHONE NUMBER    FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)<br>35279 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☒ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☒ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER    FAX NUMBER | TELEPHONE NUMBER    FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |