AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Patricia Anderson

v.

Prairie State College

**JUDGMENT IN A CIVIL CASE**

Case Number: 02 C 9206

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendant is awarded fees in the total amount of $1,011.68.

DOCKETED
NOV 1 3 2003

Michael W. Dobbins, Clerk of Court

Date: 11/12/2003

Sandy Newland, Deputy Clerk